In the Matter of the Claims of FRANK MADDEN et al., Respondents, v. M. W. KELLOGG COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Award affirmed. Bergan, P. J., Gibson and Taylor, JJ., concur; Reynolds, J., dissents and votes to reverse.